```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 08 B 00885
   MINT E SYKES SR
                                            CHAPTER 13

                                            JUDGE: JACK B SCHMETTERER

          Debtor
   SSN XXX-XX-6124

--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 01/16/2008 and was confirmed 03/12/2008.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  65.00%.

     The case was dismissed after confirmation 11/19/2008.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                              PAID          PAID
--------------------------------------------------------------------------------
HOME LOAN SERVICES         CURRENT MORTG        .00             .00            .00
HOME LOAN SERVICES         MORTGAGE ARRE   23041.17             .00        2526.60
HOME LOAN SERVICES INC     NOTICE ONLY    NOT FILED             .00            .00
CAPITAL ONE                UNSECURED         947.50             .00            .00
TRINITY HOSPITAL           UNSECURED        1249.49             .00            .00
EVERGREEN EMERGENCY SERV   UNSECURED         159.79             .00            .00
ROUNDUP FUNDING LLC        UNSECURED        2017.48             .00            .00
NATIONAL CITY BANK ~       NOTICE ONLY    NOT FILED             .00            .00
NATIONAL CITY MORTGAGE     NOTICE ONLY    NOT FILED             .00            .00
SUSIE SYKES                NOTICE ONLY    NOT FILED             .00            .00
BANK FIRST                 UNSECURED     NOT FILED              .00            .00
TSYS TOTAL DEBT MANAGEME   UNSECURED     NOT FILED              .00            .00
CDA PONTIAC                UNSECURED     NOT FILED              .00            .00
TRINITY HOSPITAL           NOTICE ONLY   NOT FILED              .00            .00
CINGULAR WIRELESS          UNSECURED     NOT FILED              .00            .00
CALVARY PORTFOLIO SVCS     NOTICE ONLY   NOT FILED              .00            .00
CROSS COUNTRY BANK         UNSECURED     NOT FILED              .00            .00
DRIVE FINANCIAL            UNSECURED     NOT FILED              .00            .00
DRIVE FINANCIAL SERVICES   NOTICE ONLY   NOT FILED              .00            .00
FIRST CONSUMERS NATIONAL   UNSECURED     NOT FILED              .00            .00
FIRST CONSUMERS NATIONAL   NOTICE ONLY   NOT FILED              .00            .00
JEFFERSON CAPITAL SYSTEM   NOTICE ONLY   NOT FILED              .00            .00
MIDLAND CREDIT MANAGEMEN   NOTICE ONLY   NOT FILED              .00            .00
FIRST PREMIER BANK         UNSECURED     NOT FILED              .00            .00
ILLINOIS COLLECTION SE     UNSECURED     NOT FILED              .00            .00
INTERNAL REVENUE SERVICE   UNSECURED     NOT FILED              .00            .00
NUVELL CREDIT CO LLC       UNSECURED     NOT FILED              .00            .00
SENEX SERVICES CORP        UNSECURED     NOT FILED              .00            .00
LITTLE CO MARY HOSPITAL    NOTICE ONLY   NOT FILED              .00            .00
INTERNAL REVENUE SERVICE   PRIORITY        2757.34              .00            .00
FIRST PREMIER              NOTICE ONLY   NOT FILED              .00            .00
FIRST PREMIER BANK         NOTICE ONLY   NOT FILED              .00            .00

                     PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 08 B 00885 MINT E SYKES SR
```

```
FIRST PREIMER BANK        NOTICE ONLY    NOT FILED             .00              .00
ADVOCATE TRINITY          NOTICE ONLY    NOT FILED             .00              .00
CROSS COUNTRY BANK        NOTICE ONLY    NOT FILED             .00              .00
VILLAGE OF EVERGREEN PAR  UNSECURED         250.00             .00              .00
GREAT SENECA/PALISADES    UNSECURED         930.69             .00              .00
LEDFORD & WU              DEBTOR ATTY     1,981.40                         1,981.40
TOM VAUGHN                TRUSTEE                                            392.00
DEBTOR REFUND             REFUND                                             700.00
```

Summary of Receipts and Disbursements:
---------------------------------------------------------------------------
                          RECEIPTS                DISBURSEMENTS
---------------------------------------------------------------------------
```
TRUSTEE                   5,600.00

PRIORITY                                                     .00
SECURED                                                 2,526.60
UNSECURED                                                    .00
ADMINISTRATIVE                                          1,981.40
TRUSTEE COMPENSATION                                      392.00
DEBTOR REFUND                                             700.00
                         ---------------        ---------------
TOTALS                    5,600.00                      5,600.00
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                   /s/ Tom Vaughn
   Dated: 02/25/09               _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE